IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DANIELLE BRIGHTMAN,<br>　　　　PLAINTIFF,<br><br>V.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br>　　　　DEFENDANT. | §<br>§<br>§<br>§<br>§  CIVIL CASE NO. 3:24-CV-2887-B-BK<br>§<br>§<br>§<br>§ |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

　　　　The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate.

　　　　SO ORDERED this 18th day of February, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JANE J. BOYLE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE